Opinion issued April
19, 2012.









 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 
 


 

 

 

 

 

 

 

 

 

 













 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-12-00267-CR

____________

 

DAVID BOSTON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 


 

 
 
 



On Appeal from the County Criminal Court at Law No. 10


Harris County, Texas

Trial Court Cause No. 1814643

 


 

 
 
 



MEMORANDUM
OPINION 

Appellant, David Boston, has filed a motion to dismiss the
appeal.  The motion complies with Texas
Rule of Appellate Procedure 42.2(a).  See Tex.
R. App. P. 42.2(a).
 We have not issued a decision in the
appeal.  

Accordingly, we dismiss the appeal.  See Tex. R. App. P. 43.2(f).  We dismiss any other pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of the date of
this opinion.  See Tex. R. App. P.
18.1.

                                                  PER CURIAM

 

Panel consists of Justices Keyes, Bland, and Sharp.

Do not publish.  See Tex.
R. App. P. 47.2(b).